UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STEPHANIE THOMPSON, *on behalf of herself and all others similarly situated*,

                    Plaintiff,                    Case No. 20-CV-651(MKB)(SJB)

    - against -

GLOBAL CONTACT SERVICES, LLC, EUGENE
OHEMENG, FRANK CAMP, ANTOINETTE CURRIE,
and JAMIE HOFFMAN,

                    Defendants.
-------------------------------------------------------------------X

## THE GCS DEFENDANTS' NOTICE OF MOTION
## FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, defendants Global Contact Services, LLC ("GCS"), Frank Camp, Antoinette Currie, and Jamie Hoffman (collectively, the "GCS Defendants"), upon the accompanying GCS Defendants' Memorandum of Law in Support of Its Motion for Partial Summary Judgment, GCS Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, and the Declaration of Frank Camp, and the exhibit attached thereto, and upon all of the pleadings and proceedings herein, will move this Court before the Honorable Margo K. Brodie at the U.S. District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201 on a date and at a time to be designated by the Court, for an order: (1) granting the GCS Defendants' summary judgment motion and dismissing Plaintiff's First Cause of Action in its entirety; and (2) granting such other and further relief as the Court deems appropriate, including the GCS Defendants' fees and costs.

Dated: New York, New York
December 7, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By <u>s/ Aaron Warshaw</u>
Aaron Warshaw
Jessica Schild
599 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 492-2500

Attorneys for Defendants
*Global Contact Services, LLC, Frank Camp, Antoinette Currie, and Jamie Hoffman*

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 7, 2020, I served true and correct copies of the foregoing GCS Defendants' Notice of Motion for Partial Summary Judgment; GCS Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Conditional Collective Certification and In Support of Its Motion for Partial Summary Judgment; GCS Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; and the Declaration of Frank Camp, and the exhibits attached thereto, via email upon the following:

> C.K. Lee, Esq.
> Tenzin Tashi, Esq.
> LEE LITIGATION GROUP, PLLC
> 148 West 24th Street, 8th Floor
> New York, NY 10011
> cklee@leelitigation.com
>
> *Attorney for Plaintiff*
>
>
> By: /s Aaron Warshaw
>      Aaron Warshaw