UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE THOMPSON, *on behalf of herself and all others similarly situated*,

                        Plaintiff,                    Case No. 20-CV-651(MKB)(SJB)

     - against -

GLOBAL CONTACT SERVICES, LLC, EUGENE OHEMENG, FRANK CAMP, ANTOINETTE CURRIE, and JAMIE HOFFMAN,

                        Defendants.
-----------------------------------------------------------------X

## **DECLARATION OF FRANK CAMP**

Frank Camp, declares under the penalty of perjury that the following is true and correct:

1. I am a named defendant and Vice President, Client Services at defendant Global Contact Services, Inc. ("GCS" or the "Company"). In this capacity, I am the Center Director at Global GCS's Access-a-Ride call center in Long Island City, New York (the "Call Center"). The Call Center operates pursuant to an agreement with the New York City Transit Authority ("NYCTA") to provide such services. GCS provides the necessary staff to handle thousands of daily calls for Access-A-Ride paratransit services, including taking reservations, scheduling trips, handling schedule overrides, and adjusting computerized scheduling parameters. I am submitting this Declaration in opposition to Plaintiff Stephanie Thompson ("Thompson's") motion for conditional collective certification and in support of the GCS Defendants' cross motion for partial summary judgment.

2. In my role as Center Director, I am responsible for, among other responsibilities, ensuring compliance with all GCS policies and procedures. As such, I am familiar with the facts

1

at issue here. The following is based upon my personal knowledge and review of documents and information kept in the normal course of GCS's business.

3. GCS receives revenue from NYCTA based on the number of hours worked by Call Center customer care associates. GCS therefore has no incentive whatsoever for its customer care associates to work "off the clock" because, as a result, GCS would receive less revenue for the same services performed.

4. GCS prohibits its Call Center customer care associates from working off the clock. At the time of hire, Call Center customer care associates receive training on this policy.

5. GCS takes numerous steps to ensure that its Call Center customer care associates track accurate hours and are paid for all hours worked.

6. All customer care associates at the Call Center, including Plaintiff Thompson, record their hours worked utilizing an ADP time entry system. The system requires customer care associates to log in and log out of their work computer using a unique username and password.

7. Customer care associates use computers that are terminal-based systems that are always running—*i.e.*, that do not require boot up or boot down time.

8. Customer care associates are also required to log into an Avaya phone system using a numeric passcode.

9. Customer care associates must be logged into both the ADP and Avaya systems to perform their job duties.

10. GCS pays customer care associates for all time worked when they are logged into the ADP and Avaya systems. GCS's contract with NYCTA requires GCS to harmonize the ADP and Avaya time entry reports each month, and to perform reconciliations to correct any errors. For

2

example, if a customer care associates logged into the ADP system at 9:30 a.m., but was logged in to the Avaya system at 9:00 a.m., the associate would be paid starting at 9:00 a.m.

11. Customer care associates can also fill out a form to make manual corrections, such as when a customer care associate forgets to log in or log out of a system.

12. Supervisors are also trained to review customer care associates' time entry. If supervisors see any discrepancies, or if a customer care associate informs a supervisor of any discrepancies, the supervisor will make corrections to ensure the customer care associate is paid for their hours worked.

13. Customer care associates are encouraged to speak to their supervisor if they did not enter time correctly, or if they performed work outside of their normal working hours, so that a supervisor can ensure all time is appropriately entered.

14. Supervisors can, in turn, speak to GCS's Call Center management, such as myself and Human Resources, if an issue arises over a customer care associate's time worked or time entry.

15. In addition, customer care associates at the Call Center are represented by TWU Local 100, and may grieve or otherwise raise complaints or concerns about workplace conditions through their union.

16. GCS has no record that Plaintiff Thompson ever complained that she was required to work "off the clock," that she was not paid for time worked, or that she was not paid at an overtime rate for time worked over 40 in a week. Plaintiff Thompson was never disciplined or threatened with discipline for recording hours she worked that were not part of my scheduled shifts, nor was she ever directed to "shave" or not enter time for hours worked. Plaintiff Thompson never raised a formal grievance or informal complaint about her hours work or pay through her

3

union. In fact, the first time that GCS learned of Plaintiff Thompson's allegations about allegedly working "off the clock" was when it received her Complaint after her employment terminated.

17. Enclosed as Exhibit A to my Declaration is Plaintiff Thompson's time punch report from ADP. Plaintiff Thompson was paid for all hours worked as reflected on her time punch report after such entries were reconciled with the Avaya system.

Dated: Queens, New York
December 7, 2020

_____
Frank Camp

45009335.2

4

# EXHIBIT A

**Company Code: 3D4**

**Date Range: 01/01/2019 - 12/31/2019 ( and Employee Effective As Of : 06/01/2020 )**

**General Information**

| File Number: 006327 | Supervisor: | Brown, Annitte |
|---|---|---|

**Hours Summary**

| Pay Code | Hours |
|---|---|
| Holiday | 22.00 |
| Overtime | 38.75 |
| Regular | 1,088.38 |
| Sick Time | 33.27 |
| **Total** | **1,182.40** |

**Timecard Details**

| Date In | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|
| Mon 01/21/2019 | 08:00 AM - 02:00 PM | 6.00 | 6.00 | HOLIDAY | | 015100 |
| Sat 01/26/2019 | 06:49 AM - 12:13 PM | 5.40 | | | Meal Punch | 015100 |
| Sat 01/26/2019 | 01:07 PM - 06:00 PM | 4.88 | 10.28 | | | 015100 |

Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

**Timecard Details**

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Mon | 01/28/2019 | 06:51 AM - 01:03 PM | 6.20 | | | Meal Punch | 015100 |
| Mon | 01/28/2019 | 01:34 PM - 06:03 PM | 4.48 | 10.68 | | | 015100 |
| Fri | 02/01/2019 | 06:46 AM - 11:15 AM | 4.48 | | | Meal Punch | 015100 |
| Fri | 02/01/2019 | 12:07 PM - 06:00 PM | 5.88 | 10.36 | | | 015100 |
| Sat | 02/02/2019 | 06:43 AM - 11:30 AM | 4.78 | | | Meal Punch | 015100 |
| Sat | 02/02/2019 | 12:30 PM - 06:00 PM | 5.50 | 10.28 | | | 015100 |
| Sun | 02/03/2019 | 06:49 AM - 12:16 PM | 5.45 | | | Meal Punch | 015100 |
| Sun | 02/03/2019 | 01:16 PM - 06:00 PM | 4.73 | 10.18 | | | 015100 |
| Mon | 02/04/2019 | 06:51 AM - 12:27 PM | 5.60 | | | Meal Punch | 015100 |
| Mon | 02/04/2019 | 01:22 PM - 06:05 PM | 4.72 | 10.32 | | | 015100 |
| Fri | 02/08/2019 | 06:55 AM - 12:06 PM | 5.18 | | | Meal Punch | 015100 |
| Fri | 02/08/2019 | 02:10 PM - 06:00 PM | 3.83 | 9.01 | | | 015100 |
| Sat | 02/09/2019 | 06:56 AM - 01:12 PM | 6.27 | | | Meal Punch | 015100 |
| Sat | 02/09/2019 | 02:11 PM - 06:00 PM | 3.82 | 10.09 | | | 015100 |
| Sun | 02/10/2019 | 06:52 AM - 01:01 PM | 6.15 | | | Meal Punch | 015100 |
| Sun | 02/10/2019 | 01:59 PM - 06:00 PM | 4.02 | 10.17 | | | 015100 |
| Mon | 02/11/2019 | 06:55 AM - 12:01 PM | 5.10 | | | Meal Punch | 015100 |
| Mon | 02/11/2019 | 12:34 PM - 06:01 PM | 5.45 | 10.55 | | | 015100 |
| Fri | 02/15/2019 | 06:57 AM - 01:10 PM | 6.22 | | | Meal Punch | 015100 |
| Fri | 02/15/2019 | 02:06 PM - 06:01 PM | 3.92 | 10.14 | | | 015100 |
| Sat | 02/16/2019 | 06:59 AM - 11:00 AM | 4.02 | | | Meal Punch | 015100 |
| Sat | 02/16/2019 | 12:00 PM - 06:00 PM | 6.00 | 10.02 | | | 015100 |
| Sun | 02/17/2019 | 06:51 AM - 01:10 PM | 6.32 | | | Meal Punch | 015100 |
| Sun | 02/17/2019 | 02:10 PM - 06:01 PM | 3.85 | 10.17 | | | 015100 |
| Mon | 02/18/2019 | 06:52 AM - 01:20 PM | 6.47 | | | Meal Punch | 015100 |
| Mon | 02/18/2019 | 02:20 PM - 06:00 PM | 3.67 | 10.14 | | | 015100 |
| Tue | 02/19/2019 | 09:55 AM - 01:12 PM | 3.28 | | | Meal Punch | 015100 |
| Tue | 02/19/2019 | 02:02 PM - 07:00 PM | 4.97 | 8.25 | | | 015100 |
| Fri | 02/22/2019 | 06:57 AM - 11:57 AM | 5.00 | | | Meal Punch | 015100 |
| Fri | 02/22/2019 | 12:57 PM - 06:03 PM | 5.10 | 10.10 | | | 015100 |
| Sat | 02/23/2019 | 06:53 AM - 01:16 PM | 6.38 | | | Meal Punch | 015100 |
| Sat | 02/23/2019 | 02:12 PM - 06:01 PM | 3.82 | 10.20 | | | 015100 |
| Sun | 02/24/2019 | 06:55 AM - 11:50 AM | 4.92 | | | Meal Punch | 015100 |
| Sun | 02/24/2019 | 12:48 PM - 06:00 PM | 5.20 | 10.12 | | | 015100 |
| Mon | 02/25/2019 | 06:52 AM - 01:05 PM | 6.22 | | | Meal Punch | 015100 |
| Mon | 02/25/2019 | 02:04 PM - 06:00 PM | 3.93 | 10.15 | | | 015100 |
| Fri | 03/01/2019 | 06:55 AM - 12:17 PM | 5.37 | | | Meal Punch | 015100 |
| Fri | 03/01/2019 | 01:19 PM - 06:00 PM | 4.68 | 10.05 | | | 015100 |
| Sat | 03/02/2019 | 06:50 AM - 11:53 AM | 5.05 | | | Meal Punch | 015100 |
| Sat | 03/02/2019 | 12:50 PM - 06:01 PM | 5.18 | 10.23 | | | 015100 |

ADP  
Prepared On: 06/01/2020 11:15:16 AM  
Powered by Automatic Data Processing, Inc.  
Page 2 of 8  
Privileged and Confidential  
GCS000045

# Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

**Timecard Details**

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Sun | 03/03/2019 | 06:51 AM - 01:10 PM | 6.32 | | | Meal Punch | 015100 |
| Sun | 03/03/2019 | 02:10 PM - 06:00 PM | 3.83 | 10.15 | | | 015100 |
| Mon | 03/04/2019 | 06:55 AM - 12:21 PM | 5.43 | | | Meal Punch | 015100 |
| Mon | 03/04/2019 | 01:19 PM - 06:00 PM | 4.68 | 10.11 | | | 015100 |
| Fri | 03/08/2019 | 06:57 AM - 01:10 PM | 6.22 | | | Meal Punch | 015100 |
| Fri | 03/08/2019 | 02:11 PM - 06:03 PM | 3.87 | 10.09 | | | 015100 |
| Sat | 03/09/2019 | 06:54 AM - 01:13 PM | 6.32 | | | Meal Punch | 015100 |
| Sat | 03/09/2019 | 02:12 PM - 06:00 PM | 3.80 | 10.12 | | | 015100 |
| Sun | 03/10/2019 | 06:57 AM - 01:01 PM | 6.07 | | | Meal Punch | 015100 |
| Sun | 03/10/2019 | 02:03 PM - 06:03 PM | 4.00 | 10.07 | | | 015100 |
| Mon | 03/11/2019 | 06:58 AM - 11:51 AM | 4.88 | | | Meal Punch | 015100 |
| Mon | 03/11/2019 | 12:52 PM - 06:00 PM | 5.13 | 10.01 | | | 015100 |
| Fri | 03/15/2019 | 06:56 AM - 01:01 PM | 6.08 | | | Meal Punch | 015100 |
| Fri | 03/15/2019 | 02:02 PM - 06:01 PM | 3.98 | 10.06 | | | 015100 |
| Sat | 03/16/2019 | 07:03 AM - 12:21 PM | 5.30 | | | Meal Punch | 015100 |
| Sat | 03/16/2019 | 01:21 PM - 06:00 PM | 4.65 | 9.95 | | | 015100 |
| Sun | 03/17/2019 | 06:55 AM - 11:55 AM | 5.00 | | | Meal Punch | 015100 |
| Sun | 03/17/2019 | 12:55 PM - 06:00 PM | 5.08 | 10.08 | | | 015100 |
| Mon | 03/18/2019 | 06:56 AM - 11:49 AM | 4.88 | | | Meal Punch | 015100 |
| Mon | 03/18/2019 | 12:48 PM - 06:01 PM | 5.22 | 10.10 | | | 015100 |
| Fri | 03/22/2019 | 06:53 AM - 11:07 AM | 4.23 | | | Meal Punch | 015100 |
| Fri | 03/22/2019 | 12:07 PM - 06:01 PM | 5.90 | 10.13 | | | 015100 |
| Sat | 03/23/2019 | 06:56 AM - 11:51 AM | 4.92 | | | Meal Punch | 015100 |
| Sat | 03/23/2019 | 12:49 PM - 06:02 PM | 5.22 | 10.14 | | | 015100 |
| Sun | 03/24/2019 | 06:53 AM - 11:47 AM | 4.90 | | | Meal Punch | 015100 |
| Sun | 03/24/2019 | 12:47 PM - 06:01 PM | 5.23 | 10.13 | | | 015100 |
| Mon | 03/25/2019 | 06:55 AM - 12:25 PM | 5.50 | | | Meal Punch | 015100 |
| Mon | 03/25/2019 | 01:26 PM - 06:01 PM | 4.58 | 10.08 | | | 015100 |
| Fri | 03/29/2019 | 06:56 AM - 11:50 AM | 4.90 | | | Meal Punch | 015100 |
| Fri | 03/29/2019 | 12:51 PM - 06:10 PM | 5.32 | 10.22 | | | 015100 |
| Sat | 03/30/2019 | 06:50 AM - 11:48 AM | 4.97 | | | Meal Punch | 015100 |
| Sat | 03/30/2019 | 12:48 PM - 06:02 PM | 5.23 | 10.20 | | | 015100 |
| Sun | 03/31/2019 | 06:54 AM - 11:48 AM | 4.90 | | | Meal Punch | 015100 |
| Sun | 03/31/2019 | 12:51 PM - 06:00 PM | 5.15 | 10.05 | | | 015100 |
| Mon | 04/01/2019 | 06:52 AM - 11:51 AM | 4.98 | | | Meal Punch | 015100 |
| Mon | 04/01/2019 | 12:54 PM - 06:01 PM | 5.12 | 10.10 | | | 015100 |
| Fri | 04/05/2019 | 06:55 AM - 11:53 AM | 4.97 | | | Meal Punch | 015100 |
| Fri | 04/05/2019 | 12:49 PM - 06:03 PM | 5.23 | 10.20 | | | 015100 |
| Sat | 04/06/2019 | 06:55 AM - 11:24 AM | 4.48 | | | Meal Punch | 015100 |
| Sat | 04/06/2019 | 12:27 PM - 06:21 PM | 5.90 | 10.38 | | | 015100 |

Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

**Timecard Details**

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Sun | 04/07/2019 | 06:55 AM - 11:49 AM | 4.90 | | | Meal Punch | 015100 |
| Sun | 04/07/2019 | 12:51 PM - 06:01 PM | 5.17 | 10.07 | | | 015100 |
| Mon | 04/08/2019 | 06:56 AM - 12:16 PM | 5.33 | | | Meal Punch | 015100 |
| Mon | 04/08/2019 | 01:17 PM - 06:03 PM | 4.77 | 10.10 | | | 015100 |
| Fri | 04/12/2019 | 06:55 AM - 11:13 AM | 4.30 | | | Meal Punch | 015100 |
| Fri | 04/12/2019 | 12:13 PM - 06:02 PM | 5.82 | 10.12 | | | 015100 |
| Sat | 04/13/2019 | 06:58 AM - 12:17 PM | 5.32 | | | Meal Punch | 015100 |
| Sat | 04/13/2019 | 01:20 PM - 06:01 PM | 4.68 | 10.00 | | | 015100 |
| Sun | 04/14/2019 | 06:57 AM - 01:04 PM | 6.12 | | | Meal Punch | 015100 |
| Sun | 04/14/2019 | 02:04 PM - 06:08 PM | 4.07 | 10.19 | | | 015100 |
| Fri | 04/19/2019 | 06:56 AM - 11:47 AM | 4.85 | | | Meal Punch | 015100 |
| Fri | 04/19/2019 | 12:47 PM - 06:00 PM | 5.22 | 10.07 | | | 015100 |
| In Time Note: locked out of my computer had to change seats | | | | | | | |
| Sat | 04/20/2019 | 06:55 AM - 11:10 AM | 4.25 | | | Meal Punch | 015100 |
| Sat | 04/20/2019 | 12:10 PM - 06:00 PM | 5.83 | 10.08 | | | 015100 |
| Sun | 04/21/2019 | 06:54 AM - 01:00 PM | 6.10 | | | Meal Punch | 015100 |
| Sun | 04/21/2019 | 02:02 PM - 06:00 PM | 3.97 | 10.07 | | | 015100 |
| Mon | 04/22/2019 | 06:52 AM - 11:49 AM | 4.95 | | | Meal Punch | 015100 |
| Mon | 04/22/2019 | 12:48 PM - 06:05 PM | 5.28 | 10.23 | | | 015100 |
| Wed | 04/24/2019 | 09:00 AM - 12:49 PM | 3.82 | | | Meal Punch | 015100 |
| Wed | 04/24/2019 | 01:49 PM - 05:30 PM | 3.68 | 7.50 | | | 015100 |
| Fri | 04/26/2019 | 06:53 AM - 01:04 PM | 6.18 | | | Meal Punch | 015100 |
| Fri | 04/26/2019 | 02:04 PM - 06:00 PM | 3.93 | 10.11 | | | 015100 |
| Sat | 04/27/2019 | 06:53 AM - 12:02 PM | 5.15 | | | Meal Punch | 015100 |
| Sat | 04/27/2019 | 01:01 PM - 06:05 PM | 5.07 | 10.22 | | | 015100 |
| Sun | 04/28/2019 | 06:53 AM - 11:36 AM | 4.72 | | | Meal Punch | 015100 |
| Sun | 04/28/2019 | 12:36 PM - 06:00 PM | 5.40 | 10.12 | | | 015100 |
| Fri | 05/03/2019 | 06:55 AM - 11:35 AM | 4.67 | | | Meal Punch | 015100 |
| Fri | 05/03/2019 | 12:36 PM - 06:03 PM | 5.45 | 10.12 | | | 015100 |
| Sat | 05/04/2019 | 06:50 AM - 11:12 AM | 4.37 | | | Meal Punch | 015100 |
| Sat | 05/04/2019 | 12:14 PM - 06:00 PM | 5.77 | 10.14 | | | 015100 |
| Sun | 05/05/2019 | 06:55 AM - 12:01 PM | 5.10 | | | Meal Punch | 015100 |
| Sun | 05/05/2019 | 01:01 PM - 06:00 PM | 4.98 | 10.08 | | | 015100 |
| Mon | 05/06/2019 | 06:51 AM - 12:05 PM | 5.23 | | | Meal Punch | 015100 |
| Mon | 05/06/2019 | 01:04 PM - 06:01 PM | 4.95 | 10.18 | | | 015100 |
| Fri | 05/10/2019 | 06:53 AM - 12:15 PM | 5.37 | | | Meal Punch | 015100 |
| Fri | 05/10/2019 | 01:15 PM - 06:02 PM | 4.78 | 10.15 | | | 015100 |
| Sat | 05/11/2019 | 06:54 AM - 12:28 PM | 5.57 | | | Meal Punch | 015100 |
| Sat | 05/11/2019 | 01:28 PM - 06:15 PM | 4.78 | 10.35 | | | 015100 |
| Sun | 05/12/2019 | 08:00 AM - 04:00 PM | 8.00 | 8.00 | SICK TIME | | 015100 |

# Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

## Timecard Details

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Mon | 05/13/2019 | 08:00 AM - 04:00 PM | 8.00 | 8.00 | SICK TIME | | 015100 |
| Fri | 05/17/2019 | 06:53 AM - 11:41 AM | 4.80 | | | Meal Punch | 015100 |
| Fri | 05/17/2019 | 12:40 PM - 06:00 PM | 5.33 | 10.13 | | | 015100 |
| Sat | 05/18/2019 | 06:51 AM - 12:43 PM | 5.87 | | | Meal Punch | 015100 |
| Sat | 05/18/2019 | 01:42 PM - 06:00 PM | 4.30 | 10.17 | | | 015100 |
| Sun | 05/19/2019 | 06:54 AM - 01:01 PM | 6.12 | | | Meal Punch | 015100 |
| Sun | 05/19/2019 | 01:59 PM - 06:00 PM | 4.02 | 10.14 | | | 015100 |
| Mon | 05/20/2019 | 06:54 AM - 12:00 PM | 5.10 | | | Meal Punch | 015100 |
| Mon | 05/20/2019 | 01:00 PM - 06:00 PM | 5.00 | 10.10 | | | 015100 |
| Fri | 05/24/2019 | 06:53 AM - 11:49 AM | 4.93 | | | Meal Punch | 015100 |
| Fri | 05/24/2019 | 12:49 PM - 06:00 PM | 5.18 | 10.11 | | | 015100 |
| Sat | 05/25/2019 | 06:55 AM - 12:29 PM | 5.57 | | | Meal Punch | 015100 |
| Sat | 05/25/2019 | 01:28 PM - 06:00 PM | 4.53 | 10.10 | | | 015100 |
| Sun | 05/26/2019 | 06:51 AM - 11:48 AM | 4.95 | | | Meal Punch | 015100 |
| Sun | 05/26/2019 | 12:47 PM - 06:00 PM | 5.22 | 10.17 | | | 015100 |
| Mon | 05/27/2019 | 06:56 AM - 11:01 AM | 4.08 | | | Meal Punch | 015100 |
| Mon | 05/27/2019 | 08:00 AM - 04:00 PM | 8.00 | | HOLIDAY | | 015100 |
| Mon | 05/27/2019 | 12:01 PM - 06:00 PM | 5.98 | 18.06 | | | 015100 |
| Tue | 05/28/2019 | 06:52 AM - 01:23 PM | 6.52 | | | Meal Punch | 015100 |
| Tue | 05/28/2019 | 02:21 PM - 05:12 PM | 2.85 | 9.37 | | | 015100 |
| Fri | 05/31/2019 | 06:56 AM - 11:51 AM | 4.92 | | | Meal Punch | 015100 |
| Fri | 05/31/2019 | 12:51 PM - 06:13 PM | 5.37 | 10.29 | | | 015100 |
| Fri | 06/07/2019 | 06:55 AM - 11:53 AM | 4.97 | | | Meal Punch | 015100 |
| Fri | 06/07/2019 | 12:54 PM - 06:00 PM | 5.10 | 10.07 | | | 015100 |
| Sat | 06/08/2019 | 06:53 AM - 12:26 PM | 5.55 | | | Meal Punch | 015100 |
| Sat | 06/08/2019 | 01:17 PM - 06:00 PM | 4.72 | 10.27 | | | 015100 |
| Sun | 06/09/2019 | 06:53 AM - 11:55 AM | 5.03 | | | Meal Punch | 015100 |
| Sun | 06/09/2019 | 12:56 PM - 06:00 PM | 5.07 | 10.10 | | | 015100 |
| Mon | 06/10/2019 | 06:55 AM - 12:12 PM | 5.28 | | | Meal Punch | 015100 |
| Mon | 06/10/2019 | 01:10 PM - 06:04 PM | 4.90 | 10.18 | | | 015100 |
| Fri | 06/14/2019 | 06:57 AM - 11:52 AM | 4.92 | | | Meal Punch | 015100 |
| Fri | 06/14/2019 | 12:53 PM - 06:11 PM | 5.30 | 10.22 | | | 015100 |
| Sat | 06/15/2019 | 06:53 AM - 11:12 AM | 4.32 | | | Meal Punch | 015100 |
| Sat | 06/15/2019 | 12:10 PM - 06:00 PM | 5.83 | 10.15 | | | 015100 |
| Sun | 06/16/2019 | 06:51 AM - 01:10 PM | 6.32 | | | Meal Punch | 015100 |
| Sun | 06/16/2019 | 02:09 PM - 06:00 PM | 3.85 | 10.17 | | | 015100 |
| Mon | 06/17/2019 | 06:53 AM - 12:52 PM | 5.98 | | | Meal Punch | 015100 |
| Mon | 06/17/2019 | 01:52 PM - 06:00 PM | 4.13 | 10.11 | | | 015100 |
| Fri | 06/21/2019 | 07:00 AM - 12:03 PM | 5.05 | | | Meal Punch | 015100 |
| Fri | 06/21/2019 | 01:02 PM - 06:01 PM | 4.98 | 10.03 | | | 015100 |

# Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

## Timecard Details

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Sat | 06/22/2019 | 06:51 AM - 11:52 AM | 5.02 | | | Meal Punch | 015100 |
| Sat | 06/22/2019 | 12:54 PM - 06:01 PM | 5.12 | 10.14 | | | 015100 |
| Sun | 06/23/2019 | 06:53 AM - 10:26 AM | 3.55 | | | | 015100 |
| Sun | 06/23/2019 | 08:00 AM - 12:00 PM | 4.00 | 7.55 | SICK TIME | | 015100 |
| Mon | 06/24/2019 | 06:56 AM - 11:45 AM | 4.82 | | | Meal Punch | 015100 |
| Mon | 06/24/2019 | 12:48 PM - 06:00 PM | 5.20 | 10.02 | | | 015100 |
| Fri | 06/28/2019 | 06:54 AM - 11:10 AM | 4.27 | | | Meal Punch | 015100 |
| Fri | 06/28/2019 | 12:09 PM - 06:00 PM | 5.85 | 10.12 | | | 015100 |
| Sat | 06/29/2019 | 06:58 AM - 01:07 PM | 6.15 | | | Meal Punch | 015100 |
| Sat | 06/29/2019 | 02:02 PM - 06:59 PM | 4.95 | 11.10 | | | 015100 |
| Sun | 06/30/2019 | 06:52 AM - 11:46 AM | 4.90 | | | Meal Punch | 015100 |
| Sun | 06/30/2019 | 12:47 PM - 06:55 PM | 6.13 | 11.03 | | | 015100 |
| Mon | 07/01/2019 | 06:50 AM - 12:11 PM | 5.35 | | | Meal Punch | 015100 |
| Mon | 07/01/2019 | 08:00 AM - 12:00 PM | 4.00 | | SICK TIME | | 015100 |
| Mon | 07/01/2019 | 01:17 PM - 02:01 PM | 0.73 | 10.08 | | | 015100 |
| Thu | 07/04/2019 | 08:00 AM - 04:00 PM | 8.00 | 8.00 | HOLIDAY | | 015100 |
| Fri | 07/05/2019 | 06:55 AM - 11:46 AM | 4.85 | | | Meal Punch | 015100 |
| Fri | 07/05/2019 | 12:47 PM - 06:01 PM | 5.23 | 10.08 | | | 015100 |
| Sat | 07/06/2019 | 06:52 AM - 11:50 AM | 4.97 | | | Meal Punch | 015100 |
| Sat | 07/06/2019 | 12:49 PM - 06:00 PM | 5.18 | 10.15 | | | 015100 |
| Sun | 07/07/2019 | 06:50 AM - 01:04 PM | 6.23 | | | Meal Punch | 015100 |
| Sun | 07/07/2019 | 02:02 PM - 06:00 PM | 3.97 | 10.20 | | | 015100 |
| Tue | 07/09/2019 | 10:29 AM - 01:32 PM | 3.05 | | | Meal Punch | 015100 |
| Tue | 07/09/2019 | 02:30 PM - 06:30 PM | 4.00 | 7.05 | | Meal Punch | 015100 |
| Thu | 07/11/2019 | 11:00 AM - 12:47 PM | 1.78 | | | Meal Punch | 015100 |
| Thu | 07/11/2019 | 01:48 PM - 06:00 PM | 4.20 | 5.98 | | | 015100 |
| Fri | 07/12/2019 | 08:00 AM - 12:26 PM | 4.43 | 4.43 | SICK TIME | | 015100 |
| Sat | 07/13/2019 | 06:50 AM - 11:53 AM | 5.05 | | | Meal Punch | 015100 |
| Sat | 07/13/2019 | 12:54 PM - 06:00 PM | 5.10 | 10.15 | | | 015100 |
| Sun | 07/14/2019 | 06:52 AM - 11:50 AM | 4.97 | | | Meal Punch | 015100 |
| Sun | 07/14/2019 | 12:50 PM - 06:00 PM | 5.17 | 10.14 | | | 015100 |
| Thu | 07/18/2019 | 07:04 AM - 10:59 AM | 3.92 | 3.92 | | | 015100 |
| Fri | 07/19/2019 | 08:00 AM - 10:20 AM | 2.33 | 2.33 | SICK TIME | | 015100 |
| Fri | 07/26/2019 | 06:53 AM - 11:46 AM | 4.88 | | | Meal Punch | 015100 |
| Fri | 07/26/2019 | 12:42 PM - 06:00 PM | 5.30 | 10.18 | | | 015100 |
| Sat | 07/27/2019 | 06:52 AM - 11:50 AM | 4.97 | | | Meal Punch | 015100 |
| Sat | 07/27/2019 | 12:45 PM - 06:00 PM | 5.25 | 10.22 | | | 015100 |
| Sun | 07/28/2019 | 06:50 AM - 11:58 AM | 5.13 | | | Meal Punch | 015100 |
| Sun | 07/28/2019 | 12:54 PM - 06:00 PM | 5.10 | 10.23 | | | 015100 |
| Mon | 07/29/2019 | 06:52 AM - 11:49 AM | 4.95 | | | Meal Punch | 015100 |

## Timecard Detail Report with Signature: **Thompson, Stephanie (3D4006327)**

**Timecard Details**

| Date In | | Time In - Out | Hours | Daily Totals | Pay Code | Out Type | Worked Department |
|---|---|---|---|---|---|---|---|
| Mon | 07/29/2019 | 12:47 PM - 06:00 PM | 5.22 | 10.17 | | | 015100 |
| Fri | 08/02/2019 | 06:56 AM - 11:51 AM | 4.92 | | | Meal Punch | 015100 |
| Fri | 08/02/2019 | 12:51 PM - 06:06 PM | 5.25 | 10.17 | | | 015100 |
| Sat | 08/03/2019 | 06:53 AM - 11:44 AM | 4.85 | | | Meal Punch | 015100 |
| Sat | 08/03/2019 | 12:43 PM - 06:00 PM | 5.28 | 10.13 | | | 015100 |
| Sun | 08/04/2019 | 06:54 AM - 12:55 PM | 6.02 | | | Meal Punch | 015100 |
| Sun | 08/04/2019 | 01:53 PM - 06:05 PM | 4.20 | 10.22 | | | 015100 |
| Mon | 08/05/2019 | 07:13 AM - 12:19 PM | 5.10 | | | Meal Punch | 015100 |
| Mon | 08/05/2019 | 01:19 PM - 06:00 PM | 4.68 | 9.78 | | | 015100 |
| Fri | 08/09/2019 | 08:00 AM - 10:30 AM | 2.50 | 2.50 | SICK TIME | | 015100 |
| Sat | 08/10/2019 | 06:46 AM - 01:13 PM | 6.45 | | | Meal Punch | 015100 |
| Sat | 08/10/2019 | 02:09 PM - 06:03 PM | 3.90 | 10.35 | | | 015100 |
| Sun | 08/11/2019 | 06:54 AM - 12:55 PM | 6.02 | | | Meal Punch | 015100 |
| Sun | 08/11/2019 | 01:56 PM - 06:03 PM | 4.12 | 10.14 | | | 015100 |
| Tue | 08/13/2019 | 07:55 AM - 12:35 PM | 4.67 | | | Meal Punch | 015100 |
| Tue | 08/13/2019 | 01:30 PM - 05:30 PM | 4.00 | 8.67 | | | 015100 |
| Wed | 08/14/2019 | 07:55 AM - 01:33 PM | 5.63 | | | Meal Punch | 015100 |
| Wed | 08/14/2019 | 02:32 PM - 05:06 PM | 2.57 | 8.20 | | | 015100 |
| Thu | 08/15/2019 | 07:51 AM - 01:06 PM | 5.25 | | | Meal Punch | 015100 |
| Thu | 08/15/2019 | 02:05 PM - 05:11 PM | 3.10 | 8.35 | | | 015100 |
| Fri | 08/16/2019 | 07:55 AM - 01:04 PM | 5.15 | | | Meal Punch | 015100 |
| Fri | 08/16/2019 | 01:59 PM - 05:30 PM | 3.52 | 8.67 | | | 015100 |
| Sat | 08/17/2019 | 07:54 AM - 01:19 PM | 5.42 | | | Meal Punch | 015100 |
| Sat | 08/17/2019 | 02:14 PM - 05:08 PM | 2.90 | 8.32 | | | 015100 |
| Mon | 08/19/2019 | 07:53 AM - 12:46 PM | 4.88 | | | Meal Punch | 015100 |
| Mon | 08/19/2019 | 01:42 PM - 05:00 PM | 3.30 | 8.18 | | | 015100 |
| Tue | 08/20/2019 | 07:52 AM - 01:22 PM | 5.50 | | | Meal Punch | 015100 |
| Tue | 08/20/2019 | 02:21 PM - 05:05 PM | 2.73 | 8.23 | | | 015100 |
| Wed | 08/21/2019 | 07:53 AM - 12:50 PM | 4.95 | | | Meal Punch | 015100 |
| Wed | 08/21/2019 | 01:45 PM - 05:06 PM | 3.35 | 8.30 | | | 015100 |
| Thu | 08/22/2019 | 07:54 AM - 12:13 PM | 4.32 | | | Meal Punch | 015100 |
| Thu | 08/22/2019 | 01:11 PM - 05:14 PM | 4.05 | 8.37 | | | 015100 |
| Sat | 08/24/2019 | 07:54 AM - 01:48 PM | 5.90 | | | Meal Punch | 015100 |
| Sat | 08/24/2019 | 02:47 PM - 05:00 PM | 2.22 | 8.12 | | | 015100 |
| Sun | 08/25/2019 | 07:58 AM - 12:48 PM | 4.83 | | | Meal Punch | 015100 |
| Sun | 08/25/2019 | 01:47 PM - 05:30 PM | 3.72 | 8.55 | | | 015100 |
| Tue | 08/27/2019 | 07:51 AM - 12:18 PM | 4.45 | | | Meal Punch | 015100 |
| Tue | 08/27/2019 | 01:15 PM - 05:01 PM | 3.77 | 8.22 | | | 015100 |
| **Total** | | | **1,182.44** | | | | |

**Signatures**

| Signature | Date | Signature | Date |
|---|---|---|---|

ADP
Prepared On: 06/01/2020 11:15:16 AM
Powered by Automatic Data Processing, Inc.
Page 8 of 8
Privileged and Confidential
GCS000051