**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEPHANIE THOMPSON, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*

             **Plaintiff,**

    v.

GLOBAL CONTACT SERVICES, LLC,
EUGENE OHEMENG, FRANK CAMP,
ANTOINETTE CURRIE, and
JAMIE HOFFMAN,

             **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 20-CV-651(MKB)(SJB)

**<u>NOTICE OF ACCEPTANCE OF</u>**
**<u>OFFER OF JUDGMENT</u>**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff STEPHANIE

THOMPSON hereby accepts and provides notice that she has accepted Defendants' Offer of

Judgment dated November 17, 2021, and annexed hereto as **Exhibit A**.

Dated: New York, New York

     November 17, 2021

             Respectfully submitted,

By: _____
      C.K. Lee, Esq. (CL 4086)
      Lee Litigation Group, PLLC
      148 West 24th Street, 8th Floor
      New York, NY 10011
      Tel: (212) 465-1188
      Fax: (212) 465-1181

      *Attorneys for Plaintiff, FLSA Collective*
      *Plaintiffs and the Class*