**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

STEPHANIE THOMPSON, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*

**Plaintiff,**

v.

GLOBAL CONTACT SERVICES, LLC,
EUGENE OHEMENG, FRANK CAMP,
ANTOINETTE CURRIE, and
JAMIE HOFFMAN,

**Defendants.**

Case No. 20-CV-651(MKB)(SJB)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GLOBAL CONTACT SERVICES, LLC, EUGENE OHEMENG, FRANK CAMP, ANTOINETTE CURRIE, and JAMIE HOFFMAN (collectively, "Defendants"), having offered to allow Plaintiff Stephanie Thompson ("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of all costs and attorneys' fees incurred to the date of the offer by Plaintiff, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 17, 2021 and filed as **Exhibit A** to Docket Number 80;

**WHEREAS,** on November 17, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment [Dkt. No. 80];

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Stephanie Thompson, in the sum of Five Thousand Dollars and Zero Cents ($5,000.00)

in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 17, 2021 and filed as **Exhibit A** to Docket Number 80.

Dated: November 22, 2021
      Brooklyn, New York

                                                  DOUGLAS C. PALMER,
                                                  CLERK OF COURT

                                     by: _____*Jalitza Poveda*_____
                                                         Deputy Clerk